524 Pa. 587 (1990)
574 A.2d 601
Thomas A. MANZITTI and Patricia Manzitti, Appellants,
v.
Fred R. AMSLER, Jr., M.D., and Williamsport Orthopedic Associates, Ltd.
Supreme Court of Pennsylvania.
Argued May 8, 1990.
Decided May 23, 1990.
John C. Youngman, Jr., Williamsport, for appellants.
Joseph P. Mellody, Jr., Wilkes Barre, for appellee.
Before NIX, C.J. and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER
PER CURIAM:
Order affirmed.
LARSEN, J., dissents.